IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. MICHAEL DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA<br><br>    Defendant. | Civil No. 1:06CV00489 (RR)<br><br>**FILED UNDER SEAL** |

### THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFERY A. TAYLOR, D.C. Bar # 498610
United States Attorney
District of Columbia

_/s/ Laurie Weinstein/BJM_
LAURIE WEINSTEIN, D.C. Bar # 389511
Assistant United States Attorney
District of Columbia

_/s/ Brian J. McCabe_
JOYCE R. BRANDA, D.C. Bar #246363
ALAN E. KLEINBURD, D.C. Bar #950196
BRIAN J. McCABE, D.C. Bar #454552
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 616-4875

Dated: August 8, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2007, I caused a copy of the United States' Notice Of Election To Decline Intervention to be served by United States Mail, postage prepaid, to:

Anthony T. Pierce, Esquire
Akin Gump Strauss Hauer & Feld, LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

**Attorney for Relator**

Pursuant to U.S.C. § 3730(b)(2), the matter is under seal and therefore, Defendant will not be served with this pleading.

_____
BRIAN J. MCCABE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <u>ex rel.</u> MICHAEL DAVIS,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE DISTRICT OF COLUMBIA  )<br>)<br>Defendant.  ) | Civil No. 1:06CV00489 (RR)<br><br>**<u>FILED UNDER SEAL</u>** |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. all orders of this Court shall be sent to the United States; and that

6.     should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This _____ day of _____, 2007.

_____
RICHARD R. ROBERTS
UNITED STATES DISTRICT JUDGE