UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

_____
                              )
**UNITED STATES OF AMERICA**  )
**ex rel. MICHAEL DAVIS,**    )
                              )
      **Plaintiff,**      )
                              )
      v.                 )    Civil Action No. 06-489 (RWR)
                              )
**THE DISTRICT OF COLUMBIA,** )
                              )
      **Defendant.**      )
_____)

## ORDER TO SHOW CAUSE

On September 11, 2007, the court ordered that the complaint in this case be unsealed and served upon the defendant by the relator. Service of the summons and complaint on the defendant within one hundred twenty days of the unsealing of the complaint was required to comply with Federal Rule of Civil Procedure 4(m), which authorizes the court to dismiss the action against the defendant upon proper notice if the relator has not accomplished timely service. No proof of service upon the defendant has been filed. Accordingly, it is hereby

ORDERED that on or before February 4, 2008, the relator shall either file proof of service on the defendant or show cause why the case should not be dismissed for failure to effect service on the defendant. The relator is advised that failure to comply may result in dismissal of this case against the defendant.

- 2 -

SIGNED this 23rd day of January, 2008.

                                                            /s/
                                RICHARD W. ROBERTS
                                United States District Judge