# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ex rel. MICHAEL L. DAVIS,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>THE DISTRICT OF COLUMBIA  )<br><br>Defendant.  ) | Case Number: 06-486 (RWR) |

### MOTION OF DEFENDANT, DISTRICT OF COLUMBIA TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b)(1), Fed. R. Civ. P., Defendant, the District of Columbia (hereinafter "the District"), by undersigned counsel, hereby respectfully request an enlargement of time to respond to the plaintiff's complaint.

1. The complaint was received by the Mayor's Correspondence Unit on January 14, 2008. The District's answer is due on February 4, 2008.

2. The District moves this Court for an enlargement of time to respond until April 4, 2008 to for the following reasons:

   a) This complaint makes significant allegations about the District's financial practices, which will require significant time and resources to investigate, interview key personnel, and prepare a thorough response;

   b) Undersigned counsel will be out of the country for 10 days in March 2008, and will require additional time to finalize the response upon her return;

      c) This enlargement will not prejudice any party. It is evident from the docket that the plaintiff failed to serve the complaint immediately after this Court unsealed the complaint. In fact, plaintiff delayed serving the complaint over 90 days, which indicates a lack of prejudice or exigency.

      d) This is the first request for enlargement requested by the District.

3. The District contacted counsel of record in this case to seek their consent to the relief requested as required under LCvR 7(m). Counsel informed the District that the firm of Akin Gump no longer represents the relator, and that undersigned counsel should contact Mr. Davis directly. However, the docket in this case does not reflect that plaintiff's counsel moved to withdraw pursuant to LCvR 83.6(c), or that leave to withdraw has been granted by the Court. The District has received a telephone call from plaintiff, Mr. Davis, who advises that he consents to the relief sought in the motion, and indicated that Akin Gump does not represent him in this matter. The District remains concerned that under the Rules of the Court Mr. Davis is still represented by counsel, and that Akin Gump is still responsible for this matter in this Court.

WHEREFORE, the District requests an enlargement of time to file an answer or other responsive pleading to Plaintiff's Complaint until April 4, 2008.

                                                               Respectfully submitted,

                                                                PETER NICKLES  
                                                                Interim Attorney General for the  
                                                               District of Columbia

                                                                GEORGE C. VALENTINE  
                                                               Deputy Attorney General  
                                                               Civil Litigation Division

        ELLEN EFROS [250746
        Chief, Equity I

        __/s/_____
        DENISE J. BAKER [493414]
        Assistant Attorney General, DC
        441 Fourth Street, NW
        Sixth Floor South
        Washington, DC  20001
        202-442-9887
        Denise.baker@dc.gov

        ___/s/_____
        Grace Graham  [472878]
        Assistant Attorney General, DC
        441 Fourth Street, NW
        Sixth Floor South
        Washington, DC  20001
        202-442-9784
        Grace.graham@dc.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
_____
                                    )
THE UNITED STATES OF AMERICA        )
ex rel. MICHAEL L. DAVIS,           )
                                    )
              Plaintiffs,           )
                                    )   Case Number: 06-486 (RWR)
       v.                           )
                                    )
THE DISTRICT OF COLUMBIA            )
                                    )
              Defendant.            )
_____)
```

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
DEFENDANT, DISTRICT OF COLUMBIA'S
MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

1. Fed. R. Civ. P. 6(b).

2. The record herein.

3. Absence of prejudice to the parties.

4. The equitable powers of this Court.

Respectfully submitted,

PETER NICKLES
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746
Chief, Equity I

__/s/_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW

Sixth Floor South
Washington, DC 20001
202-442-9887
Denise.baker@dc.gov

___/s/_____
Grace Graham  [472878]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
202-442-9784
Grace.graham@dc.gov