## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA<br>ex rel. MICHAEL L. DAVIS,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>THE DISTRICT OF COLUMBIA<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case Number: 06-486 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Upon consideration of District of Columbia's Motion for Extension of Time to Respond to the Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____day of _____, 2008, for the reasons stated by defendant in its papers,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that defendant, District of Columbia, may respond to the complaint on or before April 4, 2008.

By the Court:

_____
UNITED STATES DISTRICT JUDGE