AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

UNITED STATES OF AMERICA,
ex rel., MICHAEL DAVIS

**SUMMONS IN A CIVIL CASE**

V.

THE DISTRICT OF COLUMBIA

CASE NUMBER:   1:06cv00489 *RWR*

TO: (Name and address of Defendant)

*District of Columbia*

*Serve:* Peter Nickles, (Acting) Attorney General
The District of Columbia
441 4th Street NW, Suite 1060 N
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'*pro se* ~~(name and address)~~ (name and address)

Michael Davis (pro se)
1717 Trinidad Ave., N.E.
Washington, D.C.  20002

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

JAN 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
NANCY MAYER WHITTINGTON

CLERK

_____
(By) DEPUTY CLERK

JAN 10 2008
DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 1/10/2008 |
| NAME OF SERVER *(PRINT)*  Erin Raleigh | TITLE | Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Via U.S. Postal Service Certified Mail, return receipt requested. Service upon Defendant the District of Columbia is effected pursuant to D.C. R. Civ. P. 4(j)(1).

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| USPS | Certified Mail | $6.45 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/24/08           *[signature]* Erin Raleigh
              Date              Signature of Server

Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave, NW
Washington, D.C. 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com®**

7005 1820 0003 1993 9876

WASHINGTON DC 20001 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.65 | 0281 |
| Certified Fee | $2.65 | 01 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.45 | 01/10/2008 |

**Sent To:** PETER NICKLES (ACTING) ATTORNEY GENERAL
**Street, Apt. No.; or PO Box No.:** 441 4th Street NW Suite 1060 N
**City, State, ZIP+4:** WASHINGTON, DC 20001

PS Form 3800, June 2002            See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PETER NICKLES
441 4th St. NW
SUITE 1060 N
WASHINGTON, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X     ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 1-11-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer): 7005 1820 0003 1993 9876

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

TOBIAS ZIMMERMAN
AKIN GUMP LLP
1333 NEW HAMPSHIRE AVE, NW
WASHINGTON, DC 20036

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

UNITED STATES OF AMERICA,
ex rel., MICHAEL DAVIS

**SUMMONS IN A CIVIL CASE**

V.

THE DISTRICT OF COLUMBIA

CASE NUMBER:   1:06cv00489 *RWR*

TO: (Name and address of Defendant)

*District of Columbia*
SERVE: Hon. Adrian M. Fenty, Mayor
The District of Columbia
John A. Wilson Building
1350 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S *Pro Se* ~~[redacted]~~ (name and address)

Michael Davis (pro se)
1717 Trinidad Ave., N.E.
Washington, D.C.  20002

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**
JAN 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY MAYER-WHITTINGTON          JAN 10 2008

CLERK                                              DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 1/10/2008 |
| NAME OF SERVER *(PRINT)* Erin Raleigh | TITLE | Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Via U.S. Postal Service Certified Mail, return receipt requested. Service upon Defendant the District of Columbia is effected pursuant to D.C. R. Civ. P. 4(j)(1).

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL USPS | SERVICES Certified Mail | TOTAL $6.45 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/24/08
                  Date                    Signature of Server  *Erin Raleigh*

Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave, NW
Washington, D.C. 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.65 | 0281 |
| Certified Fee | $2.65 | 01 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ 6.45 | 01/10/2008 |

Sent To: HON. ADRIAN M. FENTY, MAYOR
Street, Apt. No.; or PO Box No.: 1350 PENNSYLVANIA AVE, NW Ste. 600
City, State, ZIP+4: WASHINGTON, DC 20004

PS Form 3800, June 2002    See Reverse for Instructions

7005 1820 0003 1993 9883

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HON. ADRIAN M. FENTY
JOHN A. WILSON BUILDING
1350 PENNSYLVANIA AVE, NW
SUITE 600
WASHINGTON, DC 20004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  M Smith
☐ Agent
☐ Addressee

B. Received by (Printed Name): DC Gov't
C. Date of Delivery: 1-14-2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from): 7005 1820 0003 1993 9883

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

TOBIAS ZIMMERMAN
AKIN GUMP LLP
1333 NEW HAMPSHIRE AVE NW
WASHINGTON, DC 20036