UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL DAVIS | ) | |
| | ) | Case Number 1:06CV00489 |
| | ) | |
| Plaintiff, | ) | Judge Richard W. Roberts |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW APPEARANCE AS COUNSEL FOR PLAINTIFF MICHAEL DAVIS

Pursuant to Rule 7 of the Federal Rules of Civil Procedure and to Local Civil Rule 83.6(c),[1] Counsel for Plaintiff Michael Davis move the Court for leave to withdraw their appearance as his attorneys on the grounds that Plaintiff has elected to proceed *pro se*.

Local Rule 83.6 requires that an attorney who seeks to withdraw his appearance apply, by motion, for the Court's leave to withdraw. Loc. Civ. R. 83.6(c). The Court may deny an attorney's motion for leave to withdraw if the withdrawal would (1) unduly delay trial of the case, (2) be unfairly prejudicial to any party, or (3) otherwise not be in the interest of justice. Loc. Civ. R. 83.6 (d).

Withdrawal in this case would not unduly delay trial or unfairly prejudice any party because the plaintiff has elected to proceed *pro se*, no trial date has been set, only the complaint has been served, the due date for filing an answer is still pending, and no discovery has occurred.

---

[1] *See also Steinbuch v. Cutler*, No. 05-0970, 2006 WL 1889987, at * 1 (D. D.C. July 11, 2006) (granting the motion to withdraw as counsel upon receiving a letter from the client consenting to the withdrawal and indicating that she is seeking new counsel).

The Department of Justice has reviewed and declined to pursue the case; therefore, withdrawal would not unfairly prejudice that department. Further, neither the public interest nor the interest of justice will be disserved by our withdrawal as counsel. Accordingly, Counsel respectfully request that the Court grant them leave, effective immediately, to withdraw their appearance as attorneys for Mr. Davis.

Dated: January 30, 2008

Respectfully submitted,

_____/s/_____

Anthony T. Pierce (D.C. Bar No. 415263)
Scott M. Heimberg (D.C. Bar No. 412204)
Tobias E. Zimmerman (D.C. Bar No. 475202)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 887-4000

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

MICHAEL DAVIS                         )
                                      )     Case Number 1:06CV00489
                                      )
                    Plaintiff,        )     Judge Richard W. Roberts
v.                                    )
                                      )
DISTRICT OF COLUMBIA,                 )
                                      )
                    Defendant.        )
_____)

## DECLARATION OF MICHAEL DAVIS

I, Michael Davis, declare as follows:

1.      I am over the age of 21 and am competent to make this Declaration in Support of the Motion of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") to Withdraw as Counsel. I am of sound mind, and have personal knowledge of all of the facts stated herein.

2.      I am the plaintiff in this case, currently represented by Akin Gump.

3.      I am aware of and agree with Akin Gump's motion before this court to withdraw as my counsel, and do not object.

4.      I will proceed in this litigation *pro se* or seek new counsel in the future.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON THIS THE 4th DAY OF FEBRUARY, 2008.

_____
Michael Davis

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL DAVIS | ) | |
| | ) | Case Number 1:06CV00489 |
| | ) | |
| Plaintiff, | ) | Judge Richard W. Roberts |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **PROPOSED ORDER**

Upon consideration of the motion for leave to withdraw their appearance as counsel for

Plaintiff Michael Davis, and the election of Plaintiff to proceed *pro se*, it is hereby, this ___ day

of February 2008,

**ORDERED** that the motion of Akin Gump Strauss Hauer & Feld LLP for leave to withdraw as

counsel for the plaintiff is **GRANTED**;

**SO ORDERED**.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on February 4, 2008, a copy of (1) this Motion and Memorandum in Support of

Motion for Leave to Withdraw Appearance as Attorney for Plaintiff Michael Davis, (2)

Declaration of Michael Davis, (3) Notice Pursuant to Local Civil Rule 83.6, and (4) Proposed

Order were served upon Michael Davis, via certified mail, at his last known address:  1412 5th

Street, N.W., Washington, DC 20001.  I further certify that on February 4, 2008, a copy of (1)

this Motion and Memorandum in Support of Motion for Leave to Withdraw Appearance as

Attorney for Plaintiff Michael Davis, (2) Declaration of Michael Davis, and (3) Proposed Order

were served upon the following:


Denise J. Baker
Office of the Attorney General for the District of Columbia
441 4th Street, NW
Room 6S028
Washington, D.C. 20001


_____/s/_____
Anthony T. Pierce
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue NW
Washington, DC 20036
(202) 887-4000  (telephone)
(202) 887-4288  (facsimile)