## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA )<br>Ex rel. MICHAEL L. DAVIS, )<br>                Plaintiffs, )<br>               v. )<br>THE DISTRICT OF COLUMBIA )<br>               Defendant. ) | **APPEARANCE**<br><br>Case Number: 06-489 (RWR) |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Assistance Attorney General, Grace Graham, as counsel in this case for the District of Columbia.

                                     Respectfully submitted,

                                     PETER J. NICKLES
                                     Interim Attorney General for the District of Columbia

                                     GEORGE C. VALENTINE
                                     Deputy Attorney General
                                     Civil Litigation Division

                                     ELLEN EFROS [#250746]
                                     Section Chief
                                     Civil Litigation Equity I

                                     /s/ Grace Graham
                                     GRACE GRAHAM [#472878]
                                     Assistant Attorney General
                                     441 4th Street, N.W.
                                     6th Floor South
                                     Washington, D.C. 20001
                                     (202) 442-9784 (phone)
                                     (202) 727-3625 (fax)
                                     Grace.graham@dc.gov

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 20, 2008, a copy of the foregoing Notice of

Appearance was filed electronically and served via first class mail to:

Michael Davis
1412 5th Street, N.W.
Washington, DC  20001

                                      /s/ Grace Graham
                                      Grace Graham
                                        Assistant Attorney General