## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA ) <br> Ex rel. MICHAEL L. DAVIS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE DISTRICT OF COLUMBIA, ) <br> ) <br> Defendant. ) | Case Number: 06-486 (RWR) |

### ORDER

Upon consideration of the Defendant's Motion to Dismiss Plaintiffs' Complaint, the memorandum of points and authorities filed in support thereof, any opposition thereto, and the entire record herein, it is by the Court this ___ day of _____, 2008:

ORDERED, that the Defendant's motion shall be and the same is hereby granted; and it is further

ORDERED, that judgment against Plaintiff and in favor of the Defendant is granted as a matter of law.

_____
UNITED STATES DISTRICT JUDGE

cc:

Denise J. Baker
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001

Michael L. Davis, pro se plaintiff
1412 5th Street, NW
Washington, DC 20001