UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>ex rel. MICHAEL L. DAVIS,<br><br>　　　　　Plaintiffs,<br><br>　　v<br><br>THE DISTRICT OF COLUMBIA<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Case Number: 06-489 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION OF PLAINTIFF, MICHAEL L. DAVIS TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 6(b)(1), Fed. R. Civ. P., Plaintiff, Michael L. Davis (hereinafter "Davis"), hereby respectfully requests an extension of time to respond to the defendant's motion to dismiss.

1. The motion to dismiss was filed with this Court on April 4th, 2008 but never received by the Plaintiff. The Plaintiff's response is due on April 15, 2008.

2. Plaintiff moves this Court for an extension of time to respond until May 15, 2008.

3. This is the first request for extension requested by the Plaintiff.

4. Plaintiff contacted opposing counsel in this case to seek their consent to the relief requested as required under LCvR 7(m). Opposing counsel has advised that they consent to the relief sought in the motion.

WHEREFORE, Plaintiff requests an extension of time to file an opposition or other responsive pleading to Defendant's Motion until May 15, 2008.

Respectfully submitted,


MICHAEL L. DAVIS
1717 Trinidad Ave. N.E.
Washington, DC