UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>ex rel. MICHAEL L. DAVIS,<br><br>Plaintiffs,<br><br>v<br><br>THE DISTRICT OF COLUMBIA<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case Number: 06-489 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Plaintiff Davis' Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, it is this ____ day of _____, 2008, for the reasons stated by plaintiff in its papers,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff Davis, may respond to the Motion to Dismiss on or before May 15, 2008.

By the Court:

_____
UNITED STATES DISTRICT JUDGE