UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIA

THE UNITED STATES OF AMERICA
Ex rel. MICHAEL L. DAVIS,

        Plaintiffs,

    v.

THE DISTRICT OF COLUMBIA,

        Defendant.

Case Number: 06-489 (RWR)

NOTICE OF APPEARANCE

    THE CLERK OF THE COURT will please note the appearance of the following attorney as counsel for Plaintiff Michael L. Davis:

        Harvey J. Volzer
        Shaughnessy, Volzer & Gagner, P.C.
        216 S Patrick Street
        Alexandria, VA  22314
        (703) 549-0446
        (703) 549-0449-facsimile

        Michael L. Davis
        By Counsel

/S/
_____
Harvey J. Volzer
DCB 263525
Attorney for Michael L. Davis
Shaughnessy, Volzer & Gagner, P.C.
216 S Patrick Street
Alexandria, VA  22314
Phone: (703) 549-0446
Fax: (703) 549-0449
volzer@svg-law.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 22nd day of April, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Denise J. Baker, Esquire
    Grace Graham, Esquire
    Office of the Attorney General
    441 4th Street, NW, 6th Floor
    Washington, D.C.  20001

    Brian James McCabe, Esquire
    U.S. Department of Justice
    1331 Pennsylvania Avenue, NW
    Suite 1150-N
    Washington, DC  20004

          /S/
          Harvey J. Volzer
          DCB 263525
          Attorney for Michael L. Davis
          Shaughnessy, Volzer & Gagner, P.C.
          216 S Patrick Street
          Alexandria, VA  22314
          Phone: (703) 549-0446
          Fax: (703) 549-0449
          volzer@svg-law.com