UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>ex rel. MICHAEL L. DAVIS,<br><br>                    Plaintiffs,<br><br>           v<br><br>THE DISTRICT OF COLUMBIA<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case Number: 06-489 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CONSENT MOTION TO EXTEND TIME

COME NOW the parties, by Counsel, and move the Court to extend the time for Plaintiff to respond to Defendant's motion to dismiss and for Defendant to reply as follows:

1. The parties agree that Plaintiff will have until June 20, 2008 to file an opposition or other responsive pleading to Defendant's motion to dismiss.

2. The parties agree that Defendant will have until July 11, 2008 to reply to Plaintiff's opposition or other responsive pleading.

Respectfully submitted,

THE PARTIES
By Counsel

        /S/
Harvey J. Volzer
DCB 263525
Attorney for Michael L. Davis
Shaughnessy, Volzer & Gagner, P.C.
216 S Patrick Street
Alexandria, VA  22314
Phone: (703) 549-0446
Fax: (703) 549-0449
volzer@svg-law.com

    /S/
Denise J. Baker, Esquire
DCB 493414
Assistant Attorney General
Grace Graham, Esquire
441 4th Street, NW, 6th Floor
Washington, D.C. 20001
Phone: (202) 442-9887
Fax: (202) 727-0431
Denise.baker@dc.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on the 14th day of May, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

        Denise J. Baker, Esquire
        Grace Graham, Esquire
        Office of the Attorney General
        441 4th Street, NW, 6th Floor
        Washington, D.C. 20001

        Brian James McCabe, Esquire
        U.S. Department of Justice
        1331 Pennsylvania Avenue, NW
        Suite 1150-N
        Washington, DC 20004

                /S/
        Harvey J. Volzer
        DCB 263525
        Attorney for Michael L. Davis
        Shaughnessy, Volzer & Gagner, P.C.
        216 S Patrick Street
        Alexandria, VA 22314
        Phone: (703) 549-0446
        Fax: (703) 549-0449
        volzer@svg-law.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>ex rel. MICHAEL L. DAVIS,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v<br><br>THE DISTRICT OF COLUMBIA<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>) Case Number: 06-489 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the parties' consent motion to extend time, it is this ____ day of

_____, 2008,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff may respond to the Motion to Dismiss on or before June 20, 2008; and it is

**FURTHER ORDERED** that Defendant may reply on or before July 11, 2008.

　　　　　　　　　　　　　　　　　　　By the Court:


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE