UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA<br>Ex rel. MICHAEL L. DAVIS, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case Number: 06-489 |
| v. | ) ) | |
| THE DISTRICT OF COLUMBIA, | ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION OF DEFENDANT, DISTRICT OF COLUMBIA, TO ENLARGE TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b), the Defendant District of Columbia (the "District"), by and through undersigned counsel, hereby move for an enlargement of time to file a reply to plaintiff's opposition to the District's motion to dismiss on or before July 30, 2008, and as grounds, therefore, states as follows:

1. On or about June 20, 2008, Plaintiff filed his opposition to the District's motion to dismiss.

2. The District's reply to Plaintiff's opposition is due on July 1, 2008.

3. In light of the complexity of the issues raised and a scheduled vacation for undersigned counsel, the District requests an enlargement of time to file a reply to Plaintiff's opposition to the District's motion to dismiss.

4. Plaintiff's counsel consented to an enlargement of time by email dated June 30, 2008.

5. The District respectfully requests that this Court extend the time to file a reply to Plaintiff's opposition to Defendant's motion to dismiss on or before July 30, 2008.

6. Fed. R. Civ. P. 6(b) provides that,

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by previous order…."

7. This request is being made for good cause shown and not for the purposes of delay.

8. No party will be unduly prejudiced should the Court grant the requested relief.

For all the above-stated reasons, additional time until on or before July 30, 2008 is requested to file a reply to Plaintiff's opposition to Defendant's motion to dismiss. A memorandum of points and authorities in support of this motion is hereto attached.

    Respectfully submitted:

    PETER NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    ELLEN EFROS [250746]
    Chief, Equity Section I

    /s/ Denise J. Baker
    Denise J. Baker
    D.C. Bar No. 493414
    Assistant Attorney General

          441 4th Street, Northwest, 6th Floor South
          Washington, D.C. 20001
          202-442-9887 (Telephone)
          202-727-0431 (Facsimile)
          Denise.baker@dc.gov

### CERTIFICATE PURSUANT TO LCvR-CIVIL 7.1

   The undersigned counsel hereby certifies that on June 30, 2008, she contacted plaintiff's counsel via electronic mail and advised counsel of the District's intention to file this motion for enlargement of time, as well as requested consent for the relief requested by the motion. Plaintiff's counsel consented to the relief sought via return email.

          __/s/_____
          DENISE J. BAKER [493414]
          Assistant Attorney General, DC
          441 Fourth Street, NW
          Sixth Floor South
          Washington, DC 20001
          202-442-9887
          Denise.baker@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
THE UNITED STATES OF AMERICA           )
Ex rel. MICHAEL L. DAVIS,              )
                                       )
                Plaintiffs,            )
                                       )   Case Number:  06-489 (RWR)
        v.                             )
                                       )
THE DISTRICT OF COLUMBIA               )
                                       )
                Defendant.             )
_____)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION TO EXTEND TIME TO REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

1. Fed. R. Civ. P. 6(b).

2. The record herein.

3. Consent of the parties.

4. Absence of prejudice to the parties.

5. The equitable powers of this Court.

        Respectfully submitted,

        PETER NICKLES
        Interim Attorney General for the
        District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        ELLEN EFROS [250746
        Chief, Equity I

        __/s/_____

DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887
Denise.baker@dc.gov

___/s/_____
Grace Graham  [472878]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9784
Grace.graham@dc.gov