UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
THE UNITED STATES OF AMERICA  )
Ex rel. MICHAEL L. DAVIS,            )
                                            )
              Plaintiffs,                  )
                                            )   Case Number: 06-489
              v.                            )
                                            )
THE DISTRICT OF COLUMBIA       )
                                            )
              Defendant.                 )
_____)

## **O R D E R**

Upon consideration of the District's motion for enlargement of time to reply to Plaintiff's opposition to Defendant's motion to dismiss, and the entire record in this matter, it is, by this Court, this _____ day of _____, 2008,

ORDERED that the Motion is GRANTED:

FURTHER ORDERED that the District shall file its reply to Plaintiff's Opposition to Defendant's Motion to dismiss on or before July 30, 2008.

_____
Judge, United States District Court for the
District of Columbia

Copies to:

Denise J. Baker
Assistant Attorney General
441 4th Street NW, 6th Floor South
Washington, D.C. 20001

Harvey J. Volzer
Shaughnessy, Volzer & Gagner, P.C.

216 South Patrick Street
Alexandria, VA  22314

Grace Graham
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001